UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY NELSON,<br><br>                   Plaintiff,<br><br>       v.<br><br>MARK STRONG,<br><br>                   Defendant. | CASE NO. C16-5542 RBL-DWC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's Motion to Proceed *In Forma Pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

1 | The Clerk is directed to mail a copy of this Order to Plaintiff.

2 | Dated this 7th day of September, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge